IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT STALLSWORTH, | Case No.: 3:13-CV-064 |
| Plaintiff, | Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| vs. | |
| DONN PAUL COX, *et al.,* | |
| Defendants. | |

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

The Court having been advised by Magistrate Judge Sharon L. Ovington that this case has successfully mediated and settled in the Court's presence;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Dated:  2/7/2014                                       _/s/Timothy S. Black_____
                                                                      Timothy S. Black
                                                                      United States District Judge